No. 4974.—P. R. Fertilizer Co., aplda., *v.* Busó et al., apltes.—C. D. San Juan.　　　　　　　　Junio 17, 1929.

Por cuanto, demandados los apelantes para que pagasen el importe de dos pagarés suscritos por ellos se limitaron a negar que la demandante sea la tenedora de los mismos y a alegar que están prorrogados;

Por cuanto, el día del juicio los demandados no comparecieron a él y la demandante presentó los dos pagarés, suscritos a su favor;

Por cuanto, dictada sentencia condenatoria los demandados interpusieron contra ella esta apelación;

Por cuanto, en vista de los hechos expuestos y de no haber presentado prueba los demandados de su defensa de prórroga resulta frívola su apelación,

Por tanto, por el expresado motivo y a instancia de la

apelada, debemos desestimar y desestimamos la presente apelación.